**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7395**

———————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

        v.

GEORGE CORNELIUS DAY, a/k/a Corn,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge.  (1:05-cr-00460-AJT-1)

———————

Submitted:  February 12, 2015      Decided:  February 18, 2015

———————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Cornelius Day, Appellant Pro Se. LeDora Knight, Neil Harvey MacBride, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cornelius Day appeals the district court's order granting in part and denying in part his motion to correct clerical error. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Day, No. 1:05-cr-00460-AJT-1 (E.D. Va. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED